IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMELO A. REYES, JR., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 15-483 |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 21st day of January, 2016, upon careful and independent consideration of Plaintiff's Request for Review and the response thereto, along with the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, and there being no objections to the Report and Recommendation, it is hereby **ORDERED** that:

1.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.  The Commissioner's decision is **REVERSED** and this case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can (a) properly consider the GAF scores determined by Drs. Velas and Lane; (b) re-consider the weight afforded to the opinions of Dr. Murphy; and (c) ask a vocational expert whether Plaintiffs documented hallucinations are work-preclusive.

3.  The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

MITCHELL S. GOLDBERG, J.